# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JEFFREY M. HUNT** <br> 18501 East River Road <br> Columbia Station, OH 44028 <br><br> *Plaintiff*, <br><br> v. <br><br> **MONRO MUFFLER BRAKE, INC.** <br> 4868 Ledgewood Drive <br> Medina, OH 44256 <br><br> *Defendant*. | CASE NO. <br><br> JUDGE <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION** |

Defendant Monro Muffler Brake, Inc. ("Defendant"), by and through undersigned counsel, and for its Notice of Removal of this case to the United States District Court for the Northern District of Ohio, Eastern Division, states as follows:

1. On or about April 25, 2017, Plaintiff Jeffrey M. Hunt ("Plaintiff") commenced a civil action against Defendant entitled *Jeffrey M. Hunt v. Monro Muffler Brake, Inc.,* in the Medina County Municipal Court (the "State Court Lawsuit"). A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

2. On or about May 22, 2017, Defendant was served with a copy of the Summons and Complaint in the State Court Lawsuit by certified mail.

3. No further pleadings have been filed and no substantive proceedings have taken place in this action since the filing of the Complaint.

4. Defendant has timely filed this Notice of Removal within thirty (30) days after it was served. Accordingly, this Notice is timely filed in compliance with 28 U.S.C. §1446(b).

5. The United States District Court for the Northern District of Ohio, Eastern Division, is the proper venue in which to file this Notice of Removal under 28 U.S.C. §1331 and 28 U.S.C. §1441(a), because this Court has original jurisdiction over this matter and because this action involves claims that relate to the laws of the United States, specifically, the Fair Labor Standards Act (29 U.S.C. §201 *et seq.*). Further, this Court has supplemental jurisdiction over all state law claims asserted in the State Court Lawsuit under 28 U.S.C. §1367.

6. On the same date as the filing of this Notice of Removal, Defendant served by regular and electronic mail, a copy of this Notice of Removal upon Plaintiff's counsel at the address set forth in the Complaint: Kevin A. Klekota, Natalie F. Grubb, Mark E. Owens, and Matthew M. Stanley, GRUBB & ASSOCIATES, LPA, 437 W. Lafayette Road, Suite 260-A, Medina, Ohio 44256, officemgr@grubbandassoc.com.

7. On the same date as this Notice of Removal, Defendant served a copy of this Notice of Removal with the Clerk of Court for Medina County Municipal Court, the county in which this action was commenced and pending at the time this Notice of Removal was filed with this Court.

**WHEREFORE**, Defendant respectfully request that the above-entitled action now pending against them in the Medina County Municipal Court be removed therefrom to this Court.

Respectfully submitted,
**JACKSON LEWIS P.C.**

*/s/ Patrick O. Peters*
Patrick O. Peters (0079539)
Kathleen M. Tinnerello (0085507)
6100 Oak Tree Blvd., Suite 400
Cleveland, Ohio 44131
Phone: (216) 750-0404
Fax: (216) 750-0826
Email: Patrick.Peters@jacksonlewis.com
Kathleen.Tinnerello@jacksonlewis.com
*Counsel for Defendant, Monro Muffler Brake, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2017, a true and accurate copy of the foregoing **Notice of Removal of Civil Action** was sent via electronic and regular U.S. Mail to:

Kevin A. Klekota
Natalie F. Grubb
Mark E. Owens
Matthew M. Stanley
GRUBB & ASSOCIATES, LPA
437 W. Lafayette Road, Suite 260-A
Medina, Ohio 44256
Email: officemgr@grubbandassoc.com

*Counsel for Plaintiff, Jeffrey M. Hunt*

> */s/ Patrick O. Peters*
> Patrick O. Peters (0079539)
> Kathleen M. Tinnerello (0085507)
> **JACKSON LEWIS P.C.**
>
> *Counsel for Defendant,*
> *Monro Muffler Brake, Inc.*

4815-4326-2794, v. 2